```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  KELVIN GAMBLE

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,      ) No. CR-S-07-280 EJG
14                                 )
                   Plaintiff,      )
15                                 ) STIPULATION AND ORDER TO CONTINUE
         v.                        ) STATUS CONFERENCE
16                                 )
    KELVIN GAMBLE,                 )
17                                 ) Date:  July 27, 2007
                   Defendant.      ) Time:  10:00 a.m.
18                                 ) Judge: Hon. Edward J. Garcia
    _____  )
19

20
         It is hereby stipulated between the parties, Anne Pings,
21
    Assistant United States Attorney, attorney for Plaintiff, and Caro
22
    Marks, attorney for defendant Kelvin Gamble, as follows:
23
         The Status Conference date of July 13, 2007 should be continued
24
    until July 27, 2007. The reason for the continuance is that defense
25
    counsel will be on medical leave on July 13. In addition, counsel needs
26
    additional time to determine whether Mr. Gamble is a career offender
27
    under the guidelines. This necessitates ordering documents from a prior
28
```

conviction, which will take approximately 10 days to arrive (and could take longer).

IT IS STIPULATED that the period from the signing of this Order up to and including July 27, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of counsel and ongoing preparation of counsel.

Dated: July 9, 2007

                                        Respectfully submitted,

                                        DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
KELVIN GAMBLE

Dated: July 9, 2007

MCGREGOR SCOTT
United States Attorney

/s/ anne pings

ANNE PINGS
Assistant U.S. Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for July 13, 2007, be continued to July 27, 2007, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny

Name of Pleading: gamble s/o        -2-

1 | defense counsel reasonable time necessary for effective preparation,
2 | taking into account the exercise of due diligence.  The Court finds
3 | that the ends of justice to be served by granting a continuance
4 | outweigh the best interests of the public and the defendant in a speedy
5 | trial.  It is ordered that time from this date to, and including, the
6 | July 27, 2007 status conference shall be excluded from computation of
7 | time within which the trial of this matter must be commenced under the
8 | Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and
9 | Local Code T-4, to allow defense counsel time to prepare.

Dated: July 9, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Name of Pleading: gamble s/o      -3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28