DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KELVIN GAMBLE




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA




| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-280 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| KELVIN GAMBLE, | ) | |
| | ) | Date:  January 11, 2008 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |


     It is hereby stipulated between the parties, Anne Pings,

Assistant United States Attorney, attorney for Plaintiff, and Caro

Marks, attorney for defendant Kelvin Gamble, as follows:

     The Status Conference date of December 14, 2007 should be

continued until January 11, 2008. The reason for the continuance is to

allow the parties to try to resolve the case through the pursuit of a

sentence under section five of the sentencing guidelines. The parties

need additional time to gather and assess the information relevant to

1   this possible resolution of the case.

2        Finally, the defense still awaits one transcript (ordered almost

3   two months ago) relative to one of the defendant's prior convictions to

4   ascertain whether he is a career offender.

5        IT IS STIPULATED that the period from the signing of this Order up

6   to and including January 11, 2008 be excluded in computing the time

7   within which trial must commence under the Speedy Trial Act, pursuant

8   to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of

9   counsel and ongoing preparation of counsel.

10  Dated: December 11, 2007

11                                    Respectfully submitted,

12                                    DANIEL BRODERICK
                                      Federal Defender
13

14                                    /s/ Caro Marks

15                                    _____
                                      CARO MARKS
                                      Assistant Federal Defender
16                                    Attorney for Defendant
                                      KELVIN GAMBLE
17

18  Dated: December 11, 2007

19                                    MCGREGOR SCOTT
                                      United States Attorney
20

21                                     /s/ anne pings

22                                    ANNE PINGS
                                      Assistant U.S. Attorney
23

24                                    ORDER

25

26        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

27  ordered that the status conference presently set for December 14, 2007,

28  be continued to January 11, 2008, at 10:00 a.m.  Based on the

Name of Pleading: gamble s/o     -2-

1   representation of defense counsel and good cause appearing therefrom,

2   the Court hereby finds that the failure to grant a continuance in this

3   case would deny defense counsel reasonable time necessary for effective

4   preparation, taking into account the exercise of due diligence.  The

5   Court finds that the ends of justice to be served by granting a

6   continuance outweigh the best interests of the public and the defendant

7   in a speedy trial.  It is ordered that time from this date to, and

8   including, the January 11, 2008 status conference shall be excluded

9   from computation of time within which the trial of this matter must be

10  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §

11  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel

12  time to prepare.

13  Dated: Dec. 13, 2007

14                              /s/ Edward J. Garcia

15                              EDWARD J. GARCIA
                                Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Name of Pleading: gamble s/o      -3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Name of Pleading: gamble s/o      -4-