DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KELVIN GAMBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-280 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| KELVIN GAMBLE, ) | |
| ) | Date:  March 28, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated between the parties, Anne Pings, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Kelvin Gamble, as follows:

The Status Conference date of February 22, 2008 should be continued until March 28, 2008.

The reason for the continuance is that defense counsel is just out of a six-week jury trial and needs additional time to meet with the government attorney to resolve the case. Also, defense counsel has

1  meetings scheduled with the defendant's family members to get
2  information in support of the possibility of a resolution pursuant to
3  section 5K of the sentencing guidelines, and requests additional time
4  to complete that task.
5       IT IS STIPULATED that the period from the signing of this Order
6  up to and including March 28, 2008 be excluded in computing the time
7  within which trial must commence under the Speedy Trial Act, pursuant
8  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of
9  counsel and ongoing preparation of counsel.
10 Dated: February 22, 2008
11                                   Respectfully submitted,
12                                   DANIEL BRODERICK
                                     Federal Defender
13
14                                   /s/ Caro Marks
                                     _____
15                                   CARO MARKS
                                     Assistant Federal Defender
16                                   Attorney for Defendant
                                     KELVIN GAMBLE
17
18 Dated: February 22, 2008
19                                   MCGREGOR SCOTT
                                     United States Attorney
20
21                                    /s/ anne pings
22                                   ANNE PINGS
                                     Assistant U.S. Attorney
23
24                                   ORDER
25
26      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
27 ordered that the status conference presently set for February 22, 2008,
28 be continued to March 28, 2008, at 10:00 a.m.  Based on the

Name of Pleading: gamble s/o        -2-

1 representation of defense counsel and good cause appearing therefrom,
2 the Court hereby finds that the failure to grant a continuance in this
3 case would deny defense counsel reasonable time necessary for effective
4 preparation, taking into account the exercise of due diligence.  The
5 Court finds that the ends of justice to be served by granting a
6 continuance outweigh the best interests of the public and the defendant
7 in a speedy trial.  It is ordered that time from this date to, and
8 including, the March 28, 2008 status conference shall be excluded from
9 computation of time within which the trial of this matter must be
10 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
11 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
12 time to prepare.
13 Dated: February 21, 2008

/s/Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Name of Pleading: gamble s/o        -3-

Name of Pleading: gamble s/o     -4-