```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KELVIN GAMBLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-280 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| KELVIN GAMBLE, | Date: June 27, 2008 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Anne Pings, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Kelvin Gamble, as follows:

The Status Conference date of June 6, 2008, should be continued until June 27, 2008.

The reason for the continuance is that defense counsel is currently in a jury trial and it is anticipated that she will be in trial on the current status conference date. Additionally, defense counsel needs to meet with Mr. Gamble to go over the current plea offer and asks for the additional time to complete that task.

IT IS STIPULATED that the period from the signing of this Order

PDF created with pdfFactory trial version www.pdffactory.com

1  up to and including June 27, 2008, be excluded in computing the time
2  within which trial must commence under the Speedy Trial Act, pursuant
3  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of
4  counsel and ongoing preparation of counsel.
5  Dated: May 28, 2008

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    KELVIN GAMBLE

13 Dated: May 28, 2008

                                    MCGREGOR SCOTT
                                    United States Attorney


                                     /s/ Anne pings

                                    ANNE PINGS
                                    Assistant U.S. Attorney


                                  ORDER


21      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
22 ordered that the status conference presently set for June 6, 2008, be
23 continued to June 27, 2008, at 10:00 a.m.  Based on the representation
24 of defense counsel and good cause appearing therefrom, the Court hereby
25 finds that the failure to grant a continuance in this case would deny
26 defense counsel reasonable time necessary for effective preparation,
27 taking into account the exercise of due diligence.  The Court finds
28 that the ends of justice to be served by granting a continuance

Name of Pleading: gamble s/o      -2-

PDF created with pdfFactory trial version www.pdffactory.com

outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the June 27, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:   June 3, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Name of Pleading: gamble s/o      -3-

PDF created with pdfFactory trial version www.pdffactory.com