1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KELVIN GAMBLE

FILED
AUG - 8 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr-S-07-280 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF HEARING **& Order** |
| KELVIN GAMBLE, | ) | Date: October 3, 2008 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Edward J. Garcia |

The current presentence report schedule and judgment and sentencing date of September 19, 2006 is vacated and a new presentence schedule is as follows:

Draft PSR due:                    August 29, 2008
Written objections due:           September 05, 2008
PSR to be filed w/court:          September 19, 2008
Motion for correction due:        September 26, 2008
J&S:                              October 03, 2008

///
///
///
///
///

1  All parties including the courtroom clerk have been notified and
2  are in agreement to this continuance.
3  Dated: August 7, 2008                Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        KELVIN GAMBLE

IT IS SO ORDERED

*[signature]*

8/8/08